UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:21-mj-00974-MJD |
| ) | |
| JAWAUN VIVERETTE, ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING MOTION TO DISMISS COMPLAINT

The United States of America, by Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Kristina M. Korobov, Assistant United States Attorney, has moved to dismiss the Complaint filed in the above-captioned action. The Court, having reviewed the Motion and being duly advised in the premises, now finds that it should be GRANTED.

IT IS THEREFORE ORDERED that the charge against the Defendant in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

Date: 9/2/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution: Copies to all counsel of record via electronic notification.